## People of State of Illinois, Defendant in Error, v. Chester Rudnicki, Plaintiff in Error.

**Gen. No. 43,123.**

214

 Heard in the third division, first district, this court at the April term, 1945; opinion filed November 7, 1945; rehearing denied November 26, 1945; released for publication November 27, 1945. Thaddeus C. Toudor, for plaintiff in error; George F. Barrett, Attorney General, for defendant in error; William J. Tuohy, State's Attorney, Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.